In the Matter of the Claim of SYLVIA STERN, Appellant, against CAMP BLUE RIDGE and STANDARD ACCIDENT Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person, and to serve and file typewritten copies of the papers and brief on appeal, and to submit the original exhibits, and assigning Martin B. Nadle, Esq., of 276 Fifth avenue, New York city, as attorney to represent appellant. Motion granted, with ten dollars costs to the claimant. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES TORTORA, Appellant.— Motion for permission to submit appeal in handwriting granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of LOUIS ZANGER, Appellant, against JENNINGS BAKERY-SEABURY BAKERY, INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to appeal on typewritten papers granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of Mrs. DOROTHY WARD, Respondent, against STANDARD OIL COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of FRED B. MOSHER, Appellant, against CASHMERE GROTTO No. 11, M. O. V. P. E. R., and STANDARD ACCIDENT INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim for Benefits Made by ANTHONY SCATOLA, Claimant, under Article 18 of the Labor Law. BRONX HOME NEWS PUBLISHING COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals and for the certification of proposed question. Motion denied, with ten dollars costs to the claimant against appellant Bronx Home News Publishing Company. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by ADAM BATTER, Claimant. FRIEDA S. MILLER, as Industrial Commissioner, Appellant; MORTGAGE COMMISSION SERVICING CORPORATION, Employer, Respondent.— Motion by Mortgage Commission Servicing Corporation for leave to appeal to the Court of Appeals and for the certification of proposed questions. Motion denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by MICHAEL E. KINNEY, Claimant. FRIEDA S. MILLER, as Industrial Commissioner, Appellant; LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Employer, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 496.] The court hereby certifies that the following questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals: 1. Is the Superintendent of Insurance of the State of New York, as liquidator of the New York Title & Mortgage Company, an exempt employer within the meaning of section 502, subdivision 3, of the New York State Labor Law? 2. Is claimant, Michael E. Kinney, entitled to unemployment insurance benefits? Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.